UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **NIGHTHAWK OILFIELD SERVICES,** | § | Case No.  09-34992 |
| **LTD., et al.,** | § | (Chapter 7) |
| | § | Jointly Administered |
| DEBTOR | § | |

## WESTERN OILFIELD SUPPLY, CO.'S LIMITED OBJECTION
## TO PROPOSED FORM OF ADEQUATE PROTECTION

WESTERN OILFIELD SUPPLY, CO. ("Western"), creditor and party in interest, files this

Limited Objection to the Proposed Form of Adequate Protection:

1.       As adequate protection to Bank of America, the Trustee seeks authority to make three

separate private sales of estate property and auction the remainder of estate property, with all sales

proceeds to be paid to Bank of America, subject to later Court disgorgement.  The sale is sought free

and clear of all liens, claims and interests.

2.       Bankruptcy Rule 6004(c) provides that:

A motion for authority to sell property free and clear of liens or other
interests shall be made in accordance with Rule 9014 <u>and shall be
served on the parties who have liens or other interests in the property
to be sold</u>.[1]

3.       As a creditor and potential bidder for the property to be sold, Western is concerned

that not all lienholders have been noticed with the Trustee's proposed sale.  The property to be sold

is spread across six states.  A cursory search of the Texas Secretary of State UCC records on some

---

[1] Emphasis added.

of the debtor entities yielded several lienholders not on the Trustee's service list for the proposed

sale.   For example:

      a)      the Texas UCC records of *TSE Acquisition Corporation*, show several non-lapsed UCC-1 financing statements filed by <u>Regions Bank</u>.[2]

      b)      the Texas UCC records of *Richey Oilfield Construction*, show non-lapsed UCC-1 financing statements filed by <u>Citicapital Commercial Corporation</u>, <u>Dell Financial Services</u>, <u>United Equipment Rental</u> and <u>Timepayment Corporation</u>,[3] none of which appear on the service list.

4.      Besides UCC security interests, Western does not know if the Trustee has conducted

inquiry with the many <u>local taxing authorities</u> wherein the equipment has been located to determine

if personal property *ad valorem* tax liens are present.   For instance, if one of the debtors had personal

property in a particular Texas county, the county, the school district and the municipality could all

assess taxes on the property and claim liens for unpaid taxes.

5,      Furthermore, any liens on trucks and other vehicles being sold would only appear on

the certificates of title, rather than the UCC records.   Western does not know if the Trustee has

examined those certificates to determine if liens exist and secured creditors have been noticed.

6.      To resolve this issue, Western respectfully requests that the Court: a)  require that the

Trustee conduct, or be authorized to hire a service to conduct, a thorough lien and security interest

search on the property being sold, and b) postpone the sale/adequate protection hearing until all

lienholders have been noticed, or in the alternative, provide that the order authorizing this

---

[2] See copy of Texas Secretary of State UCC search for TSE Acquisition Corporation, attached hereto and incorporated herein by reference as Exhibit "A".

[3] See copy of Texas Secretary of State UCC search for Richey Oilfield Construction, attached hereto and incorporated herein by reference as Exhibit "B.  Because of its length, only the relevant pages are attached.

sale/adequate protection be served on a "negative notice" basis to give lienholders notice and an opportunity to object.

WHEREFORE, Western respectfully requests that the Court require notice as provided above, and for such other and further relief to which it may show itself to be justly entitled.

> Respectfully submitted,
> SCHLANGER, SILVER, BARG
> & PAINE, L.L.P.
>
> /S/ JEFFREY M. HIRSCH
> JEFFREY M. HIRSCH
> Federal ID No. 6230
> Texas State Bar No. 09716300
> 109 North Post Oak Lane, Suite 300
> Houston, Texas 77024
> Telephone: (713) 785-1700
> Facsimile: (713) 785-2091
> ATTORNEYS FOR WESTERN OILFIELD
> SUPPLY, CO.

## CERTIFICATE OF SERVICE

On September 1, 2009, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was forwarded to the below listed parties by first class mail postage prepaid or by the Clerk of Court through electronic transmission.

**Office of U.S. Trustee**
Office of U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

**Debtor's Attorney**
Allison Davison Byman
Randy Williams
Thompson Knight LLP
333 Clay St, Ste 3300
Houston, TX 77002

**Chapter 7 Trustee**
Robbye R Waldron
Waldron & Schneider

436681v1:HIRSJM\48458:09 01 09                   – 3 –

15150 Middlebrook Dr
Houston, TX 77058-2599

**Chapter 7 Trustee's Attorney**
David Ronald Jones
Porter and Hedges LLP
1000 Main Street, 36th Flr
Houston, TX 77002-6336

**Chapter 7 Trustee's Attorney**
Bret Austin White
Waldron and Schneider LLP
15150 Middlebrook Dr
Houston, TX 77058

D.B. Zwirn Spec. Op. Fund, LP
c/o Zack A. Clement
1301 McKinney, Suite 5100
Houston, TX 77010

Akin Gump
Charles R. Gibbs
David F. Staber
1700 Pacific Avenue, Ste. 4100
Dallas, Texas 75201

/S/ JEFFREY M. HIRSCH
JEFFREY M. HIRSCH